# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

SHANNON ALEXANDER

VERSUS

TERRY MORGAN, ET AL.

CIVIL ACTION

17-313-SDD-RLB

## RULING

The Court has carefully considered the *Complaint*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated March 26, 2018. Plaintiff has filed a *Objections*[3] which the Court has also considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**Accordingly**, the Court declines the exercise of supplemental jurisdiction over any potential state law claims, and this action is dismissed with prejudice as legally frivolous and for failure to state a claim upon which relief may be granted, pursuant to 28 U.S.C. §§ 1915(e) and 1915A.

Baton Rouge, Louisiana the 10 day of April, 2018.

_____
**SHELLY D. DICK, DISTRICT JUDGE**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 27.
[3] Rec. Docs. 28 and 29.